**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**FORT WAYNE DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| ROBERT GARCIA | ) | BANKRUPTCY CASE NUMBER 08-13957 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

**NOTICE PURSUANT TO F.R.B.P. 3010**

Comes now the Trustee, Yvette Gaff Kleven, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| CLAIM # 1 | Merchants Retail Credit Association or<br>  or Med & Dent Bus Bureau of Allen Co Inc<br>333 East Washington Boulevard<br>Post Office Box 11285<br>Fort Wayne, Indiana   46857 | $ 1.34 |
| CLAIM # 3 | Pinnacle Credit Union<br>4025 West Jefferson Boulevard<br>Fort Wayne, Indiana   46804 | $ 3.02 |
| | **TOTAL:** | **$ 4.36** |

Respectfully submitted,

_____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana   46802
Telephone:   260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 20th day of October, 2011, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to: the United States Trustee, at USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to the Creditors listed above at the addresses indicated.

____/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven